| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Drain, Gershwin A. | 2. Court or Organization<br><br>U.S. Distsrict Court, Eastern District of Michigan | 3. Date of Report<br><br>05/09/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge; active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Court
Theodore Levin United States Courthouse
231 W. Lafayette Blvd., Room 1013
Detroit, MI 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Circuit Judge (1-1-12 to 8-8-12; then went to U.S. District Court) | Wayne County Circuit Court |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Wayne County, Michigan Salary (prior to becoming federal judge) | $27,643.44 |
| 2. | 2012 | State of Michigan Salary (prior to becoming federal judge) | $50,214.21 |
| 3. | 12/01/12 | Wayne County, Michigan Pension Payment | $2,305.47 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Mason Judicial Education Program | 11/11/12 to 11/13/12 | George Mason University, Fairfax, Virginia | Judicial Education | Travel Expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Bar Association of the Eastern District of Michigan | Funds for Investiture and Reception | $1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 401K#1 | E | Int./Div. | | | | | | | |
| 2. - SSga Russell 2000 Index | | | | | Sold | 10/31/12 | J | | |
| 3. - ING Stable Value Fund | | | | | Sold | 10/31/12 | L | | |
| 4. - PIMCO Total Return Fund | | | | | Sold | 10/31/12 | J | | |
| 5. - MFS Total Return Fund | | | | | Sold | 01/06/12 | L | | |
| 6. - Dodge & Cox Stock Fund | | | | | Sold | 10/31/12 | M | | |
| 7. - T Rowe Price Mid Cap Value Fund | | | | | Sold | 10/31/12 | L | | |
| 8. - ING Small Cap Growth Fung | | | | | Sold | 10/31/12 | L | | |
| 9. - American Funds Europacific Gr. Fund | | | | | Sold | 10/31/12 | M | | |
| 10. - SSga Emerging Markets Fund | | | | | Sold | 10/31/12 | K | | |
| 11. - Oakmark Equity and Income Fund | | | | | Buy | 01/06/12 | L | | |
| 12. - Oakmark Equity and Income Fund | | | | | Sold | 10/31/12 | L | | |
| 13. 457 Plan #1 | D | Int./Div. | M | T | | | | | |
| 14. - American Century Value Investor Fund | | | | | | | | | |
| 15. - Am. Funds Invmt. Company of America | | | | | | | | | |
| 16. - Fidelity Contrafund | | | | | | | | | |
| 17. - Fidelity Puritan Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Franklin Utilities Fund | | | | | | | | | |
| 19. - Invesco VanKampen Growth & Inc. Fund | | | | | | | | | |
| 20. - Nationwide Intl. Index Fund | | | | | | | | | |
| 21. - Nationwide Intl. Value Fund | | | | | | | | | |
| 22. - Neuberger Berman Genesis Fund | | | | | | | | | |
| 23. - T Rowe Price Mid-Cap Growth Fund | | | | | | | | | |
| 24. - Morgan Stanley Inst. Fund - US Real Estate Port | | | | | | | | | |
| 25. - Nationwide Fixed Account | | | | | | | | | |
| 26. IRA #1 | C | Int./Div. | O | T | | | | | |
| 27. - Franklin Templeton Mutual Global Discovery Fund | | | | | Sold (part) | 06/06/12 | K | | |
| 28. - American Funds Global Growth | | | | | | | | | |
| 29. - American Funds New World | | | | | Sold (part) | 06/06/12 | J | | |
| 30. - American Funds Growth Income | | | | | | | | | |
| 31. - American Funds International (Y) | | | | | Sold (part) | 06/06/12 | J | | |
| 32. - American Funds Growth | | | | | Buy | 06/06/12 | K | | |
| 33. - American Funds Asset Allocation | | | | | Buy | 06/06/12 | K | | |
| 34. - Franklin Income Securities | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - AMCAP Fund Class C Am. Funds | | | | | Buy | 12/03/12 | K | | |
| 36. - American High Income Trust - Am. Funds | | | | | Buy | 11/29/12 | K | | |
| 37. - Cap. Income Builder Fd./ Class C - Am. Funds | | | | | Buy | 12/12/12 | L | | |
| 38. - Cap. World Bond Fd./ Class C/ Am. Funds | | | | | Buy | 12/03/12 | K | | |
| 39. - Cap. World Growth & Inc. Fd./ Am. Funds | | | | | Buy | 11/19/12 | L | | |
| 40. - Income Fund of Amer. Class C - Am. Funds | | | | | Buy | 11/19/12 | L | | |
| 41. - New Perspective Fund Class C - Am. Funds | | | | | Buy | 12/04/12 | K | | |
| 42. - First Trust Target Global DVD | | | | | Buy | 12/04/12 | K | | |
| 43. - First Trust Capital Strength | | | | | Buy | 12/05/12 | K | | |
| 44. IRA #2 | A | Dividend | J | T | | | | | |
| 45. - American Funds Capital Income Builder | | | | | | | | | |
| 46. - Am. Funds Capital World Growth & Income | | | | | Sold | 06/06/12 | J | | |
| 47. - American Funds New World Fund | | | | | | | | | |
| 48. - Am. Funds - Growth Fund of America | | | | | | | | | |
| 49. - Am. Funds - American Balance Fund | | | | | Buy | 06/06/12 | J | | |
| 50. IRA #3 | A | Dividend | K | T | | | | | |
| 51. - Am. Funds - Capital Income Builder | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Am. Funds Capital World Growth Fund | | | | | | | | | |
| 53. - Am. Funds Europacific Growth Fund | | | | | Sold | 06/06/12 | J | | |
| 54. - AMCAP Fund A | | | | | Buy | 06/06/12 | J | | |
| 55. - Am. Funds New World Fund A | | | | | | | | | |
| 56. - Am. Funds New World Fund C | | | | | | | | | |
| 57. - Am. Funds Small Cap World Fund | | | | | | | | | |
| 58. - Am Funds The Growth Fund of America | | | | | | | | | |
| 59. - Am. Funds The Investment Co. of Amer. | | | | | | | | | |
| 60. - Am. Funds The New Economy Fund | | | | | | | | | |
| 61. - Am Funds Capital World Growth & Inc. | | | | | | | | | |
| 62. IRA #4 | A | Int./Div. | J | T | | | | | |
| 63. - Calamos Global Growth & Income Fund | | | | | Sold | 10/31/12 | J | | |
| 64. - Franklin Income Fund Class C | | | | | | | | | |
| 65. - Franklin Rising Dividends Fund Class C | | | | | | | | | |
| 66. - Ivy Asset Strategy Fund Class C | | | | | Sold | 10/18/12 | J | | |
| 67. - Amer. Funds AMCAP Fund Class C | | | | | Buy | 10/31/12 | J | | |
| 68. - Amer. Funds American Balanced Fund Class C | | | | | Buy | 10/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA #5 | A | Dividend | N | T | | | | | |
| 70. - AT&T Incorporated | | | | | Buy | 12/18/12 | J | | |
| 71. - Altria Group Incorporated | | | | | Buy | 12/18/12 | J | | |
| 72. - American Elec. Pwr. Incorporated | | | | | Buy | 12/18/12 | J | | |
| 73. - Amerigas Partners LP | | | | | Buy | 12/18/12 | J | | |
| 74. - Astrazeneca PLC | | | | | Buy | 12/18/12 | J | | |
| 75. - Automatic Data Processing Incorporated | | | | | Buy | 12/18/12 | J | | |
| 76. - Avista Corporation | | | | | Buy | 12/18/12 | J | | |
| 77. - BAE Systems PLC Sponsored ADR | | | | | Buy | 12/18/12 | J | | |
| 78. - BASF SE Sponsored ADR | | | | | Buy | 12/18/12 | J | | |
| 79. - BCE Incorporated Com New | | | | | Buy | 12/18/12 | J | | |
| 80. - Becton Dickinson & Company | | | | | Buy | 12/18/12 | J | | |
| 81. - Bemis Incorporated | | | | | Buy | 12/18/12 | J | | |
| 82. - Blackrock Incorporated | | | | | Buy | 12/18/12 | J | | |
| 83. - Breitburn Energy Partners | | | | | Buy | 12/18/12 | J | | |
| 84. - Bristol Myers Squibb Company | | | | | Buy | 12/18/12 | J | | |
| 85. - CME Group Incorporated | | | | | Buy | 12/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - CA Incorporated | | | | | Buy | 12/18/12 | J | | |
| 87. - Centurylink Incorporated | | | | | Buy | 12/18/12 | J | | |
| 88. - Chevron Corporation New | | | | | Buy | 12/18/12 | J | | |
| 89. - Coca Cola Company | | | | | Buy | 12/18/12 | J | | |
| 90. - Comcast Corporation New C | | | | | Buy | 12/18/12 | J | | |
| 91. - Commerce Bancshares | | | | | Buy | 12/18/12 | J | | |
| 92. - Conocophillips | | | | | Buy | 12/18/12 | J | | |
| 93. - Darden Restaurants | | | | | Buy | 12/18/12 | J | | |
| 94. - Deutsche Telekom AG | | | | | Buy | 12/18/12 | J | | |
| 95. - Diamond Offshore Drilling | | | | | Buy | 12/18/12 | J | | |
| 96. - Dominion Res Incorporated | | | | | Buy | 12/18/12 | J | | |
| 97. - Dr. Pepper Snapple Group | | | | | Buy | 12/18/12 | J | | |
| 98. - Du Pont E I De Nemours & Company | | | | | Buy | 12/18/12 | J | | |
| 99. - Duke Energy Corporation NE | | | | | Buy | 12/18/12 | J | | |
| 100. - Emerson Elec. Company | | | | | Buy | 12/18/12 | J | | |
| 101. - Gallagher Arthur J & Company | | | | | Buy | 12/18/12 | J | | |
| 102. - General Dynamics Corporation | | | | | Buy | 12/18/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - General Mls Incorporated | | | | | Buy | 12/18/12 | J | | |
| 104. - Genuine Parts Company | | | | | Buy | 12/18/12 | J | | |
| 105. - Glaxosmithkline PLC | | | | | Buy | 12/18/12 | J | | |
| 106. - HCP Incorporated REIT | | | | | Buy | 12/18/12 | J | | |
| 107. - Hasbro Incorporated | | | | | Buy | 12/18/12 | J | | |
| 108. - Health Care Reit Incorporated | | | | | Buy | 12/18/12 | J | | |
| 109. - Heinz H J Company | | | | | Buy | 12/18/12 | J | | |
| 110. - Imperial Tobacco Group PLC | | | | | Buy | 12/18/12 | J | | |
| 111. - Intel Corporation | | | | | Buy | 12/18/12 | J | | |
| 112. - Iron Mtn Incorporated | | | | | Buy | 12/18/12 | J | | |
| 113. - Johnson & Johnson | | | | | Buy | 12/18/12 | J | | |
| 114. - Kimberly Clark Corporation | | | | | Buy | 12/18/12 | J | | |
| 115. - Kohls Corporation | | | | | Buy | 12/18/12 | J | | |
| 116. - Kraft Foods Group Incorporated | | | | | Buy | 12/18/12 | J | | |
| 117. - Lilly Eli & Company | | | | | Buy | 12/18/12 | J | | |
| 118. - Lockheed Martin Corporation | | | | | Buy | 12/18/12 | J | | |
| 119. - Lorillard Incorporated | | | | | Buy | 12/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Mattel Incorporated | | | | | Buy | 12/18/12 | J | | |
| 121.  - McDonalds Corporation | | | | | Buy | 12/18/12 | J | | |
| 122.  - Medtronic Incorporated | | | | | Buy | 12/18/12 | J | | |
| 123.  - Merck & Company Incorporated | | | | | Buy | 12/18/12 | J | | |
| 124.  - Microsoft Corporation | | | | | Buy | 12/18/12 | J | | |
| 125.  - Microchip Technology | | | | | Buy | 12/18/12 | J | | |
| 126.  - Molson Coors Brewing Company | | | | | Buy | 12/18/12 | J | | |
| 127.  - Munich Re Group | | | | | Buy | 12/18/12 | J | | |
| 128.  - National Fuel Gas Company | | | | | Buy | 12/18/12 | J | | |
| 129.  - National Grid PLC | | | | | Buy | 12/18/12 | J | | |
| 130.  - Nestle S A Sponsored ADR | | | | | Buy | 12/18/12 | J | | |
| 131.  - Norfolk Southern Corporation | | | | | Buy | 12/18/12 | J | | |
| 132.  - Nucor Corporation | | | | | Buy | 12/18/12 | J | | |
| 133.  - Occidental Pete Corporation | | | | | Buy | 12/18/12 | J | | |
| 134.  - Owens & Minor Incorporated | | | | | Buy | 12/18/12 | J | | |
| 135.  - PNC Finl SVCS Group | | | | | Buy | 12/18/12 | J | | |
| 136.  - PPL Corporation | | | | | Buy | 12/18/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.   - Paychex Incorporated | | | | | Buy | 12/18/12 | J | | |
| 138.   - Pearson PLC Sponsored ADR | | | | | Buy | 12/18/12 | J | | |
| 139.   - Pepsico Incorporated | | | | | Buy | 12/18/12 | J | | |
| 140.   - Pfizer Incorporated | | | | | Buy | 12/18/12 | J | | |
| 141.   - Philip Morris International | | | | | Buy | 12/18/12 | J | | |
| 142.   - Procter & Gamble Company | | | | | Buy | 12/18/12 | J | | |
| 143.   - Raytheon Company COM New | | | | | Buy | 12/18/12 | J | | |
| 144.   - Regal Entertainment Group | | | | | Buy | 12/18/12 | J | | |
| 145.   - Republic SVCS Incorporated | | | | | Buy | 12/18/12 | J | | |
| 146.   - Reynolds American Incorporated | | | | | Buy | 12/18/12 | J | | |
| 147.   - Roche Hldg Limited Sponsored | | | | | Buy | 12/18/12 | J | | |
| 148.   - Rogers Communications | | | | | Buy | 12/18/12 | J | | |
| 149.   - Royal Dutch Shell PLC | | | | | Buy | 12/18/12 | J | | |
| 150.   - SSE PLC Sponsored ADR | | | | | Buy | 12/18/12 | J | | |
| 151.   - Shaw Communications | | | | | Buy | 12/18/12 | J | | |
| 152.   - Southern Company | | | | | Buy | 12/18/12 | J | | |
| 153.   - Swisscom AG Sponsored ADR | | | | | Buy | 12/18/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Sysco Corporation | | | | | Buy | 12/18/12 | J | | |
| 155. - Target Corporation | | | | | Buy | 12/18/12 | J | | |
| 156. - Telefonica Brasil SA | | | | | Buy | 12/18/12 | J | | |
| 157. - Telstra Corporation Limited | | | | | Buy | 12/18/12 | J | | |
| 158. - Thomson Reuters Corporation | | | | | Buy | 12/18/12 | J | | |
| 159. - 3M Company | | | | | Buy | 12/18/12 | J | | |
| 160. - Total S A Sponsored ADR | | | | | Buy | 12/18/12 | J | | |
| 161. - UNS Energy Corporation | | | | | Buy | 12/18/12 | J | | |
| 162. - Unilever PLC Spon ADR New | | | | | Buy | 12/18/12 | J | | |
| 163. - United Parcel Service | | | | | Buy | 12/18/12 | J | | |
| 164. - United Utilities Group PLC | | | | | Buy | 12/18/12 | J | | |
| 165. - Verizon Communications | | | | | Buy | 12/18/12 | J | | |
| 166. - Vinci S A | | | | | Buy | 12/18/12 | J | | |
| 167. - Vivendi SA | | | | | Buy | 12/18/12 | J | | |
| 168. - Vodafone Group PLC New | | | | | Buy | 12/18/12 | J | | |
| 169. - Wal-Mart Stores Incorporated | | | | | Buy | 12/18/12 | J | | |
| 170. - Walgreen Company | | | | | Buy | 12/18/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Waste Mgmt Incorporated | | | | | Buy | 12/18/12 | J | | |
| 172.  - Daimler AG | | | | | Buy | 12/18/12 | J | | |
| 173.  - Partnerre Limited (Bermuda) | | | | | Buy | 12/18/12 | J | | |
| 174.  Brokerage Account #1 | | | | | | | | | |
| 175.  - Annaly Capital Mgmt Incorporated | A | Dividend | J | T | | | | | |
| 176.  - Calamos Global Growth & Income Fund | A | Dividend | | | Sold | 06/08/12 | K | | |
| 177.  - Am Funds Cap World Growth & Inc Class A | A | Dividend | | | Sold | 06/11/12 | K | | |
| 178.  - Am Funds Cap World Growth & Inc Class C | A | Dividend | J | T | | | | | |
| 179.  - First Eagle Global Fund Class C | A | Dividend | K | T | | | | | |
| 180.  - Franklin Income Fund Class C | C | Dividend | L | T | | | | | |
| 181.  - Franklin High Yield Tax Free Income Fund | A | Dividend | J | T | | | | | |
| 182.  - Am Funds Growth Fund of Amer Class C | A | Dividend | J | T | | | | | |
| 183.  - Am Funds Investment Co of America Class A | A | Dividend | K | T | | | | | |
| 184.  - Franklin Templeton Mutual Global Discovery | A | Dividend | K | T | | | | | |
| 185.  - Am Funds New World Class C | A | Dividend | J | T | | | | | |
| 186.  - Realty Income Corporation Reit | A | Dividend | K | T | | | | | |
| 187.  - Targa Resources Partners LP Com Unit | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Transamerica Tactical Income Fund Class C | A | Dividend | | | Buy | 06/12/12 | J | | |
| 189. - Blackrock Equity Div. Fund Class C | A | Dividend | | | Buy | 06/12/12 | J | | |
| 190. - Calamos Growth & Income Fund Class C | A | Dividend | | | Buy | 06/08/12 | K | | |
| 191. - Raymond James Cash Account (X) | | None | L | T | | | | | |
| 192. Trust #1 | C | Int./Div. | | | | | | | |
| 193. - Adobe Systems Incorporated | | | | | Sold | 08/22/12 | J | A | |
| 194. - Alcoa Incorporated | | | | | Sold | 04/11/12 | J | A | |
| 195. - American Public Education | | | | | Sold | 10/17/12 | J | A | |
| 196. - Berkshire Hathaway | | | | | Sold | 10/17/12 | J | A | |
| 197. - Boeing Company | | | | | Buy | 09/14/12 | J | A | |
| 198. - Boeing Company | | | | | Sold | 10/17/12 | J | A | |
| 199. - Bristol Byers Squibb Company | | | | | Buy | 03/13/12 | J | A | |
| 200. - Bristol Myers Squibb Company | | | | | Sold | 10/17/12 | J | A | |
| 201. - Calpine Corporation Com New | | | | | Sold | 12/07/11 | J | A | |
| 202. - Cenovus Energy Incorporated | | | | | Sold | 10/17/12 | J | A | |
| 203. - Corning Incorporated | | | | | Sold | 10/17/12 | J | A | |
| 204. - EMC Corporation Mass | | | | | Sold | 10/17/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - EBay Incorporated | | | | | Buy | 09/25/12 | J | A | |
| 206. - EBay Incorporated | | | | | Sold | 10/17/12 | J | A | |
| 207. - Emerson Elec Company | | | | | Buy | 09/07/12 | J | A | |
| 208. - Emerson Elec Company | | | | | Sold | 10/17/12 | J | A | |
| 209. - Emulex Corporation Com New | | | | | Sold | 07/12/12 | J | A | |
| 210. - Exelon Corporation | | | | | Sold | 07/16/12 | J | A | |
| 211. - Exelis Incorporated | | | | | Buy | 02/03/12 | J | A | |
| 212. - Exelis Incorporated | | | | | Sold | 08/13/12 | J | A | |
| 213. - Harris Corporation Del | | | | | Sold | 07/26/12 | J | A | |
| 214. - Hologic Incorporated | | | | | Sold | 09/18/12 | J | A | |
| 215. - Huntsman Corporation | | | | | Sold | 10/17/12 | J | A | |
| 216. - ITT Corporation New Com New | | | | | Sold | 10/17/12 | J | A | |
| 217. - Intuitive Surgical | | | | | Sold | 10/17/12 | J | A | |
| 218. - ITC Hldgs Corporation | | | | | Buy | 09/10/12 | J | A | |
| 219. - ITC Hldgs Corporation | | | | | Sold | 10/17/12 | J | A | |
| 220. - Itron Incorporated | | | | | Sold | 08/08/12 | J | A | |
| 221. - Kellogg Company | | | | | Buy | 02/03/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Kellogg Company | | | | | Sold | 10/17/12 | J | A | |
| 223. - Kodiak Oil & Gas Corporation | | | | | Sold | 12/08/11 | J | A | |
| 224. - Kraft Foods Incorporated | | | | | Sold | 03/22/12 | J | A | |
| 225. - Medco Health Solutions Incorporated | | | | | Sold | 12/07/11 | J | A | |
| 226. - Mindray Medical International | | | | | Sold | 07/16/12 | J | A | |
| 227. - Neogen Corporation | | | | | Buy | 11/07/11 | J | A | |
| 228. - Neogen Corporation | | | | | Sold | 10/17/12 | J | A | |
| 229. - Nestle S A Sponsoreds ADR | | | | | Sold | 10/17/12 | J | A | |
| 230. - Nuance Communications | | | | | Buy | 09/21/12 | J | A | |
| 231. - Nuance Communications | | | | | Sold | 10/17/12 | J | A | |
| 232. - Parker Hannifin Corporation | | | | | Sold | 10/17/12 | J | A | |
| 233. - Pepsico Incorporated | | | | | Sold | 10/17/12 | J | A | |
| 234. - Qualcomm Incorporated | | | | | Sold | 10/17/12 | J | A | |
| 235. - Riverbed Technology | | | | | Sold | 10/17/12 | J | A | |
| 236. - Roper Industries Incorporated | | | | | Sold | 01/10/12 | J | A | |
| 237. - Sierra Wireless Incorporated | | | | | Sold | 06/05/12 | J | A | |
| 238. - Stryker Corporation | | | | | Sold | 10/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Target Corporation | | | | | Buy | 01/13/12 | J | A | |
| 240. - Target Corporation | | | | | Sold | 10/17/12 | J | A | |
| 241. - Teva Pharmaceutical Industries | | | | | Sold | 10/17/12 | J | A | |
| 242. - United Health Group | | | | | Buy | 09/14/12 | J | A | |
| 243. - United Health Group | | | | | Sold | 10/17/12 | J | A | |
| 244. - Varian Med Systems | | | | | Sold | 10/17/12 | J | A | |
| 245. - Verifone Systems Incorporated | | | | | Sold | 10/17/12 | J | A | |
| 246. - Xylem Incorporated | | | | | Sold | 10/17/12 | J | A | |
| 247. Hartford Life Insurance Cash Value Acct. #1 | A | Int./Div. | J | T | | | | | |
| 248. - American Funds International | | | | | | | | | |
| 249. - American Funds Global Growth | | | | | | | | | |
| 250. - American Funds New World | | | | | | | | | |
| 251. - HLS Dividend & Growth | | | | | | | | | |
| 252. - American Funds Growth | | | | | | | | | |
| 253. - American Funds Asset Allocation | | | | | | | | | |
| 254. - HLS Int'l. Opps | | | | | | | | | |
| 255. - HLS Int. Small Co | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - American Funds Small Cap | | | | | | | | | |
| 257. - Franklin Templeton Mutual Shares Sec | | | | | | | | | |
| 258. Hartford Life Insurance Cash Value Account #2 | A | Int./Div. | | | | | | | |
| 259. - American Funds New World | | | | | Sold | 08/30/12 | J | | |
| 260. - American Funds International | | | | | Sold | 08/30/12 | J | | |
| 261. - American Funds Global Growth | | | | | Sold | 08/30/12 | J | | |
| 262. - Fidelity Contrafund | | | | | Sold | 08/30/12 | J | | |
| 263. - Fidelity Mid Cap | | | | | Sold | 08/30/12 | J | | |
| 264. PNC Bank Checking & Savings Accounts | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The proceeds of the sale of Trust #1 went into Brokerage account #1.

Hartford Life Insurance Cash Value Account #2 was sold on 8/30/12.

The Harford Life Insurance Cash Value Accounts #1 and #2 contain privately held investments with no ticker symbols and are not publicly traded funds.

401K was rolled over into IRA#1 and IRA#5.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gershwin A. Drain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544